In the Matter of MANHATTAN BRIDGE THREE-CENT LINE, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY et al., Appellants.

*Matter of Manhattan Bridge Three-Cent Line* v. *Brooklyn Heights R. R. Co.*, 159 App. Div. 567, affirmed.

(Submitted January 30, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 13, 1913, affirming a judgment in favor of defendants entered upon an order of Special Term confirming the report of commissioners appointed to ascertain and determine the compensation to be made by plaintiff to the defendant for certain intersections and connections of their respective railroads. No claim was made that any error was committed by the commissioners in their determination, and the appeal narrows itself down to the question of the propriety of the order appointing the commissioners. The appellants contended that, in view of the fact that a portion of the plaintiff's route is coincident with the route of certain existing railroads, and that the plaintiff has not yet acquired the right to operate over the tracks of these existing roads, this proceeding could not be maintained.

*Charles L. Woody* and *George D. Yeomans* for appellants.
*Almet Reed Latson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.